

FILED

MAY - 2 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

McGREGOR W. SCOTT
United States Attorney
PHILLIP A. TALBERT
Assistant U.S. Attorney
Chief of Appeals
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2789

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-04-0377-MCE |
| Plaintiff, | |
| v. | SEALING ORDER |
| CRUZ MORA, | |
| Defendant. | |

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the attached document entered herein and any associated material is hereby SEALED until further order of this Court.

DATED: April 29, 2008

_____
MORRISON C. ENGLAND, JR.
United States District Judge